**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTOPHER BUCHANAN**
**ADC #176655** — **PLAINTIFF**

**v.** **No. 3:25-cv-226-DPM-BBM**

**CHRISTOPHER BUDNIK, Warden, Grimes Unit; WILLIAM STRAUGHN, Deputy Director, ADC; CLAUDIA HARRIS, Deputy Warden, Grimes Unit; HAYNES, Major, Grimes Unit; DEXTER PAYNE, Director, ADC; PIGFORD, Classification, Grimes Unit; CARL F. COOPER, III, Arkansas Attorney General's Office; and DOES** — **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 18*, and overrules Buchanan's objections, *Doc. 19*. Fed. R. Civ. P. 72(b)(3). Buchanan's individual capacity retaliation claims against Warden Budnik, Deputy Director Straughn, Deputy Warden Harris, Major Haynes, Director Payne, and Classification Officer Pigford go forward. His other claims are dismissed without prejudice. The Court directs the Clerk to terminate Cooper and the Doe defendants as parties.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026